UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 07-22949-CIV-MARTINEZ-BROWN

WESTMARK TRADE SERVICES, INC.,
    Plaintiff,

vs.

SGS NORTH AMERICA, INC., as successor in interest to, SGS GLOBAL TRADE SOLUTIONS, INC., and SGS CONTROL SYSTEMS, INC.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Settlement and Request for Dismissal of Action With Prejudice (D.E. No. 20). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorney's fees, litigation expenses, and costs. The Court retains jurisdiction over this matter for the purpose of enforcement of the parties' settlement agreement. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of August, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record